IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREW LISIECKI, | : | CIVIL DIVISION |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO.  2:16-cv-01861 |
| | : | |
| NORTH HUNTINGDON TOWNSHIP; DAVID HEROLD; TONY MARTINO; DARRYL BERTANI; and MICHAEL FACCENDA, JR., | : : : : | The Honorable David S. Cercone |
| | : | |
| Defendants. | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties by and through their respective counsel hereby stipulate to the dismissal with prejudice pursuant to FRCP 41 (a)(1)(A)(ii) of the above-captioned lawsuit brought by Andrew Lisiecki, against North Huntingdon Township, et al, based upon the settlement of Plaintiff's claims asserted in the lawsuit against the Defendants.

Respectfully submitted,

| | |
|---|---|
| /s/ Timothy P. O'Brien | /s/ Mark R. Hamilton |
| PA ID# 22104 | MARK R. HAMILTON, ESQUIRE |
| | PA ID No. 29919 |
| Law Office of Timothy P. O'Brien | THOMAS, THOMAS & HAFER LLP |
| 2103 Investment Building | 525 William Penn Place |
| 239 Fourth Avenue | 37th Floor, Suite 3750 |
| Pittsburgh, PA  15222 | Pittsburgh, PA 15219 |
| (412) 232-4400 | (412) 697-7403 |
| **Attorney for Plaintiff** | **Counsel for the Defendants** |